**FILED**

# UNITED STATES DISTRICT COURT

2020 JUL 14 AM 9: 57

for the

_____ District of _____

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

_____ Division

**03-20  0596**

ArNOLD  W.  FORD

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

SheLIA  STEWART

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ArNOLD  W. FORD |
| Street Address | 411 MURFREESboro PK APT 317 |
| City and County | NASHVILLE, TN 37210   DAVIDSON |
| State and Zip Code | TENNESSEE  37210 |
| Telephone Number | 615-454-6269 or CELL PH 615-877-0089 |
| E-mail Address | FORDArNOLD 358 @ COMCAST . COM |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

| | |
|---|---|
| Name | SheLIA STEWART |
| Job or Title (if known) | NOT WORKING |
| Street Address | 411 MURFREESboro PK APT 321 |
| City and County | NASHVILLE DAVIDSON |
| State and Zip Code | TN 37210 |
| Telephone Number | NOT KNOWN |
| E-mail Address (if known) | NOT KNOWN |

Defendant No. 2

| | |
|---|---|
| Name | MR WILSON MAINTENCE MAN HAVE Key |
| Job or Title (if known) | MAINTENCE MAN HAVE Key MASTER Key |
| Street Address | NOT KNOWN |
| City and County | NASHVILLE, DAVIDSON |
| State and Zip Code | NASHVILLE, |
| Telephone Number | NOT KNOWN |
| E-mail Address (if known) | NOT KNOWN |

Defendant No. 3

| | |
|---|---|
| Name | HARY LINZ |
| Job or Title (if known) | No Job |
| Street Address | 411 MURFREESboro PK APT 320 |
| City and County | NASHVILLE DAVIDSON |
| State and Zip Code | TN 37210 |
| Telephone Number | NOT KNOWN |
| E-mail Address (if known) | NOT KNOWN |

Defendant No. 4

| | |
|---|---|
| Name | ISAATY EDWARDS |
| Job or Title (if known) | DAY WORK, IF He CAN getTing |
| Street Address | 411 MURFREESbor PK APT-318 |
| City and County | NASHVILLE, DAVIDSON |
| State and Zip Code | TN 37210 |
| Telephone Number | NOT KNOWN |
| E-mail Address (if known) | NOT KNOWN |

Case 3:20-cv-00596   Document 1   Filed 07/14/20   Page 2 of 5 PageID #: 2

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I ARNOLD FORD IS ON SECTION 8

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

The plaintiff, *(name)* ARNOLD W. FORD , is a citizen of the State of *(name)* TN .

    b.  If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

The defendant, *(name)* Shelia STEWART , is a citizen of the State of *(name)* TN . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

b.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

TWO DVD's WorTh $39 or $40 $9.95 each + SENDING COST.

## III.      Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Am ON Section 8 goVernment Program. I AM CONSTANCE being HARRESS by MY Nenbors, They are TRYing to get my room or a pARTMENT. STOLEN Property, 2 DVD's, SheLIA STEWART I beLieve stoLe my property. MY room WAS COMPLETLY FuRNishes Thats why they WANTED. DENTON SENSING Ph 726-3696 x 150 For more INFORMATION,

## IV.      Relief get my Pvoperty back 2 DVD's

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Case 3:20-cv-00596      Document 1      Filed 07/14/20      Page 4 of 5 PageID #: 4

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/14/20 TUESDAY

Signature of Plaintiff _Arnold Wardell Ford_

Printed Name of Plaintiff ARNOLD WARDELL FORD

### B. For Attorneys

Date of signing: NONE

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____